UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KELLY JENKINS | ) | |
| | ) | Case Number:  3:10-cv-06047 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CREDITORS INTERCHANGE, INC | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Kelly Jenkins, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/  Bruce K. Warren
   Bruce K. Warren, Esquire
   Attorney for Plaintiff
   Attorney I.D. #89677
   Warren & Vullings, LLP
   93 Old York Road
   Jenkintown, PA  19046
   215-745-9800