### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLY JENKINS** ) | **Case Number:  3:10-cv-06047** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **CREDITORS INTERCHANGE,** ) | |
| **INC** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

RECEIVED

APR 15 2011

AT 8:30_____ M
WILLIAM T. WALSH CLERK

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Kelly Jenkins, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.

BY:  /s/  Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800

APRIL 15, 2011

**SO ORDERED:** *Mary L. Cooper*
MARY L. COOPER, U.S.D.J.